UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL JONES, et al                                        CIVIL ACTION

VERSUS                                                   NO: 17-8817

NEW ORLEANS REGIONAL PHYSICIAN                           SECTION: A
HOSPITAL ORGANIZATION, INC., et al


## JUDGMENT

For the reasons of the Court entered November 26, 2019, **IT IS ORDERED, ADJUDGED**

**AND DECREED** that there be judgment in favor of defendant New Orleans Regional Physician

Hospital Organization, Inc. d/b/a Peoples Health Network, and against the plaintiffs.

New Orleans, Louisiana, this 27th day of November 2019.


_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE